ACCEPTED
04-14-00358-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/1/2015 10:01:03 PM
KEITH HOTTLE
CLERK

**NO. 04-14-00358-CV**

_____

**IN THE FOURTH COURT OF APPEALS**
**SAN ANTONIO, TEXAS**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

03/1/2015 10:01:03 PM

KEITH E. HOTTLE
Clerk

_____

**JUANITA SPRUTE, M.D. and JEFFERSON FAMILY PRACTICE ASSOCIATES,**

*Appellants and Cross-Appellees*

**v.**

**ARNOLD L. LEVEY,**

*Appellee and Cross-Appellant*

_____

**APPELLANTS AND CROSS-APPELLEES' SECOND**
**MOTION FOR EXTENSION OF TIME TO FILE BRIEFS**

_____

TO THE HONORABLE JUSTICES OF THE FOURTH COURT OF APPEALS:

NOW COME JUANITA SPRUTE, M.D. ("DR. SPRUTE") and JEFFERSON FAMILY PRACTICE ASSOCIATES ("JFPA"), Appellants and Cross-Appellees (hereinafter also referred to as "Appellants"), and file this their Second Motion for Extension of Time to File Briefs to Appellee and Cross-Appellant's (hereinafter also referred to as "Appellee") brief pursuant to Texas Rules of Appellate Procedure 10.1 and 38.6(d).  In support thereof Appellants would unto show the honorable Fourth Court of Appeals as follows:

1

# I.

## BACKGROUND

On August 12, 2014, Appellants, DR. SPRUTE and JFPA filed their appellant's brief in support of the issues they raise on appeal before this Court of Appeals. Following four (4) extensions Appellee, ARNOLD L. LEVEY on January 12, 2015 filed his initial brief. The foregoing responded to DR. SPRUTE and JFPA's appellant's brief and addressed the issues Mr. Levey raises on appeal. Based on the foregoing, DR. SPRUTE and JFPA's reply brief with respect to MR. LEVEY's appellee brief was initially due on February 2, 2015. Additionally, DR. SPRUTE and JFPA's cross-appellee's brief was initially due on February 11, 2015. Subsequently, on February 2, 2015 an extension was granted for each respective deadline. Presently, Appellants' reply brief is due on March 3, 2015 and their Cross-Appellee brief is due on March 13, 2015.

# II.

## APPLICABLE DEADLINES & REQUEST FOR EXTENSION

Appellants, DR. SPRUTE and JFPA request a thirty (30) day extension of time to file their reply brief and cross-appellee brief. This would make DR. SPRUTE and JFPA's reply brief due on April 2, 2015, and their cross-appellee brief due on April 12, 2015.

In support of the extensions requested, counsel for Appellants, DR. SPRUTE and JFPA, relies on the following reasons in addition to the routine matters that he

2

must attend to in his normal daily practice:

1.  Appellants' counsel is presently trying a complicated medical malpractice case with multiple out-of-town expert witnesses. Additionally, trial in this matter is projected to last until the end of this week, and will consume significant amounts of counsel's time through March 6, 2015.

2.  In addition to the above, Appellants' counsel has continued to experience an influx of legal matters assigned to him including matters pending before the Texas Medical Board, which must be addressed this week. The combination of these matters will require substantial time and effort by Appellants' counsel to address.

3.  Pursuant to Texas Rule of Appellate Procedure 10.1(a)(5) Appellants' counsel has previously attempted to confer with opposing counsel in order to determine if an agreement could be reached with regard to the extension of time sought herein. However, opposing counsel could not be reached by telephone. Accordingly, Appellants' counsel cannot represent that this motion is unopposed.

4.  The motion is not made for the purpose of delay only, but is made in the interest of justice.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellants and Cross-Appellees, JUANITA SPRUTE, M.D. and JEFFERSON FAMILY PRACTICE ASSOCIATES

3

respectfully pray this Honorable Court of Appeals grant their Second Motion for Extension of Time to File a reply brief and cross-appellee brief as requested in the same, and for such other and further relief, at law or in equity, to which they might show themselves justly entitled.

Respectfully submitted,

**BOONE, ROCHELEAU & RODRIGUEZ, P.L.L.C.**
10101 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 477-7438
Fax: (210) 477-7388

/s/ *Alexander Rodriguez III*

_____
LISA A. ROCHELEAU
State Bar No. 00791546
lrocheleau@br-lawfirm.com
ALEXANDER RODRIGUEZ III
State Bar No. 24030001
arodriguez@br-lawfirm.com
**ATTORNEYS FOR APPELLANTS AND CROSS-APPELLEES**

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March, 2015 I have caused a true and correct copy of the foregoing instrument to be delivered to the following:

Arnold L. Levey
Law Offices of Arnold L. Levey
P.O. Box 460064
San Antonio, Texas 78246

*Appellee and Cross-Appellant/*
*Attorney for Appellee and Cross-Appellant*

/s/ *Alexander Rodriguez III*

_____
ALEXANDER RODRIGUEZ III